UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KATHERINE J. BUKYS, | ) | Case No.: 1:07 CV 2528 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| THOMAS 5 LIMITED, *et al.,* | ) | |
| | ) | |
| Defendants | ) | |

This court has been advised by Magistrate Judge William H. Baughman, Jr., that counsel for the parties reported that this action has been settled and the parties will be submitting a dismissal entry to the court by March 6, 2008. Therefore, it is not necessary that the action remain upon the calendar of the court.

IT IS ORDERED that this action is hereby closed. The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

Dated: February 29, 2008